Anthony W. DEDRICK, Claimant–Appellant

v.

Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2014–7082.

United States Court of Appeals, Federal Circuit.

April 17, 2015.

Kenneth M. Carpenter, Law Offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellant. Also represented by Virginia A. Girard–Brady, Jamie Marie Atwood, ABS Legal Advocates, P.A., Lawrence, KS.

Jane C. Dempsey, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Joyce R. Branda, Robert E. Kirschman, Jr., Martin F. Hockey, Jr.; Y. Ken Lee, Christina Lynn Gregg, Brian D. Griffin, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

NEWMAN, CLEVENGER, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**